[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13695

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

LOUIS DEJUAN OWENS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:20-cr-00166-ACA-SGC-1

_____

2                     Opinion of the Court                    21-13695

Before WILSON, LUCK, and LAGOA, Circuit Judges

PER CURIAM:

P. Russell Steen, appointed counsel for Louis DeJuan Owens in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Owens's conviction and sentence are **AFFIRMED**.